they could not do, as none had been delivered by the defendant, to whom it belonged to make up the books. That the plaintiff, if he was desirous to expedite the decision, instead of placing the cause on the calendar, and noticing it for argument as a frivolous demurrer, ought to have applied for judgment for the omission of the defendant to serve him with a copy of the demurrer books, of which motion he might have given notice as soon as the default of the defendant in delivering the books, had occurred; that such was the practice of the court, as established in 6 Cowen.

NEW-YORK,
May, 1830,

Anonymous.

*Van Duzer*, in reply. The defendant ought not to be permitted to avail himself of his own neglect. After an issue at law, both parties are actors. It was the right and the duty of the defendant to have prepared and served the demurer books, and the plaintiff ought not to be delayed by his omission. *Cur. ad. vult.*

*By the Court*, SUTHERLAND, J. The cause being on the calendar, and moved to be brought on to hearing on notice duly served on the opposite party, the court will not hear an objection to the regularity of the proceedings in that stage of the cause. If irregularly noticed and placed on the calendar, the party objecting has a right to move to strike the cause therefrom, and then all the facts will appear, enabling the court to decide understandingly. The object of the court is to avoid disscussions as to the regularity of the proceedings when a cause is called. The decision in 16 Johnson, 2, proceeds upon this principle, and the case in 6 Cowen, 609, is not at variance with it. The plaintiff is entitled to judgment on reading his notice.

---

### ANON.

New notice of the rule to plead need not be given after amendment of declaration.

ON a motion to set aside proceedings for irregularity, the court held that after a declaration is amended as of course, new notice of the rule to plead need not be given, if on the service of the first declaration such notice was duly served.